# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Paula A. Osborne
313 225 7040
osborne@butzel.com

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

May 10, 2005

United States District Court
District of Delaware
Clerk of the Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

*Via Federal Express*

Re:  *In re: Women First Healthcare, Inc.*; Chapter 11; Case No. 04-11278
     *Sun Pharmaceutical Industries, Ltd., Appellant vs.*
     *Mutual Pharmaceutical Company, Inc., and*
     *Women First Healthcare, Inc., Appellees*
     Appeal No. 04-124

04-1485 (GMS)

Dear Sir/Madam:

Enclosed please find an original and five copies of the Stipulation and Order Dismissing Appeal with respect to the above-referenced matter.

Please file the original accordingly and return time-stamped copies to me in the enclosed Federal Express envelope included for your convenience.

Very truly yours,

Paula A. Osborne

PAO/drm
cc (w/encls.):  Anne Marie P. Kelley, Esq.
                Michael R. Nestor, Esq.
                Kurt F. Gwynne, Esq.