ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:

WOMEN FIRST HEALTHCARE, INC.,

    Debtor.

_____ /

SUN PHARMACEUTICAL INDUSTRIES, LTD.,

    Appellant,

v.

MUTUAL PHARMACEUTICAL COMPANY, INC.
and WOMEN FIRST HEALTHCARE, INC.,

    Appellees.

_____ /

Chapter 11
Case No. 04-11278 (MFW)
Hon. Mary F. Walrath

Appeal No. 04-124

04-1485 (Gms)

| | |
|---|---|
| **Butzel Long, P.C.**<br>By: Matthew E. Wilkins<br>Attorneys for Appellant,<br>Sun Pharmaceutical Industries, Ltd.<br>150 W. Jefferson, Suite 100<br>Detroit, MI 48226 | **Dilworth Paxson, LLP**<br>By: Anne Marie P. Kelley<br>Attorneys for Appellee,<br>Mutual Pharmaceutical Company, Inc.<br>Liberty View Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ 08034 |
| **Young Conaway Stargatt & Taylor**<br>By: Michael R. Nestor<br>Attorneys for Appellee,<br>Women First Healthcare, Inc.<br>The Brandywine Bldg.<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | **Reed Smith, LLP**<br>By: Kurt F. Gwynne<br>Attorneys for the WFHC Liquidating Trust<br>Committee<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |

**STIPULATION AND ORDER DISMISSING APPEAL**

## STIPULATION

Appellant, Sun Pharmaceutical Industries, Ltd., now desires to dismiss its appeal and Appellees, Mutual Pharmaceutical Company, Inc. and Women First Healthcare, Inc., are in agreement to have this case dismissed, with prejudice and each party to bear its own fees and expenses.

APPROVED BY:

|  |  |
|---|---|
| *Matthew E. Wilkins* | *A. P. Kelley (by attached consent)* |
| Matthew E. Wilkins, Esq. | Anne Marie P. Kelley, Esq. |
| Butzel Long, P.C. | Dilworth Paxson, LLP |
| 150 W. Jefferson, Suite 100 | Liberty View Suite 700 |
| Detroit, MI 48226 | 457 Haddonfield Road |
| (313) 225-7000 | P.O. Box 2570 |
| (313) 225-7080 – Facsimile | Cherry Hill, NJ 08034 |
| **Attorneys for Appellant,** | (856) 317-7013 |
| **Sun Pharmaceutical Industries, Ltd.** | (856) 663-8855 – Facsimile |
|  | **Attorneys for Appellee,** |
|  | **Mutual Pharmaceutical Company, Inc.** |
| and | and |
| *Michael R. Nestor (by attached consent) per* | *Kurt F. Gwynne* |
| Michael R. Nestor, Esq. | Kurt F. Gwynne, Esq. |
| **Young Conaway Stargatt & Taylor** | **Reed Smith, LLP** |
| The Brandywine Bldg. | 1201 Market Street, Suite 1500 |
| 1000 West Street, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 391 | (302) 778-7550 |
| Wilmington, DE 19899 | (302) 778-7575 – Facsimile |
| (302) 571-6600 | **Attorneys for the WFHC Liquidating Trust** |
| 302-571-1253 - Facsimile | **Committee** |
| **Attorneys for Appellee, Women First Healthcare, Inc.** (as debtor and debtor-in-possession) |  |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re:

WOMEN FIRST HEALTHCARE, INC.,

      Debtor.

_____/

SUN PHARMACEUTICAL INDUSTRIES, LTD.,

      Appellant,

v.

MUTUAL PHARMACEUTICAL COMPANY, INC.
and WOMEN FIRST HEALTHCARE, INC.,

      Appellees.

_____/

Chapter 11
Case No. 04-11278 (MFW)
Hon. Mary F. Walrath

*04-1485 GMS*

Appeal No. 04-124

## ORDER

It appearing to the Court that the parties hereto have agreed to the dismissal of this case,

with prejudice, and each party to bear its own fees and expenses, and the Court, being duly

advised in the premises, hereby ORDERS that:

A.     This case is dismissed with prejudice.

B.     Each party shall bear their own costs in this action.

Dated: *May 12, 2005*

_____
UNITED STATES DISTRICT COURT JUDGE

FILED

MAY 12 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE